UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANK MILEA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ADVANCED AUTO INCORPORATED, ) | 5:24-CV-601-BO-RJ |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This matter is before the Court on plaintiff's failure to respond to the Court's Order to Correct Deficiencies [DE 2].

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against Advanced Auto Incorporated are dismissed without prejudice for failure to prosecute in accordance with Rule 41 (b) of the Federal Rules of Civil Procedure.

This case is closed.

**This judgment filed and entered on June 25, 2025, and served on:**
Frank Milea (via US Mail to 6961 Exlin Rd., Jacksonville FL 32222)

                                                  PETER A. MOORE, JR., CLERK

June 25, 2025                                 /s/Lindsay Stouch
                                                  By: Deputy Clerk